## 33832. HARRELL v. HARRELL.

PER CURIAM.
When the mother filed this suit for permanent custody, support, alimony, and attorney fees, a divorce court had already awarded temporary custody to the father and had granted a divorce on the pleadings, reversing these same other questions for later decision. Therefore, the trial court correctly dismissed the mother's petition because the issues were already pending between the parties.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JULY 14, 1978 — DECIDED SEPTEMBER 8, 1978.

*Albert E. Butler,* for appellant.
*Robert B. Smith,* for appellee.